IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T. a minor, by and through his guardian ad litem SUSAN T., <br><br> Plaintiff, <br><br> v. <br><br> MARIN COUNTY MENTAL HEALTH YOUTH AND FAMILY SERVICES, <br><br> Defendant. | No. C 12-02349 WHA <br><br> **ORDER GRANTING MOTION TO AMEND THE COMPLAINT** |

Plaintiff has filed a "Notice of Errata" seeking to change defendant from "Marin County Mental Health Youth and Family Services" to "County of Marin, Community Mental Health Services." The Court will treat this filing as a motion to amend the complaint. The County of Marin, which has made a special appearance, has not opposed this name change and in fact agrees that the summons did not list an existing entity (however, County of Marin argues that it should be named defendant). No case management scheduling order has been issued and the motion to amend pleadings is timely under Rule 15(1)(B). Therefore, plaintiff's motion to amend his complaint is **GRANTED**. Plaintiff shall file a new complaint with the correct name and serve it on defendant.

**IT IS SO ORDERED.**

Dated: July 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE