**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T., a minor, by and through his guardian ad litem SUSAN T., <br><br>    Plaintiff, <br><br>  v. <br><br>COUNTY OF MARIN, <br><br>    Defendant. <br>_____ / | No. C 12-02349 WHA <br><br>**ORDER RESETTING HEARING DATE** |

    For the purpose of efficiency, plaintiff's improperly calendared motion to strike will heard at the same time as its properly calendared motion to dismiss: **JANUARY 24 AT 8:00 A.M**. Plaintiff is requested to read and comply with Local Rules 6-1, 6-3(a), and 7-2(a) in all future filings with the court.

**IT IS SO ORDERED.**

Dated: December 19, 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE