F. Richard Ruderman, Esq.
Christian M. Knox, Esq.
Colleen A. Snyder, Esq.
Ruderman & Knox LLP
1300 National Drive, Suite 120
Sacramento, California  95834
916-563-0100/FAX 916-563-0114
rick@rudermanknox.com
christian@rudermanknox.com
colleen@rudermanknox.com

Attorneys for Counterclaim Defendant
T.T. a minor, by and through his guardian
ad litem SUSAN T.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.T. a minor, by and through his guardian ad litem SUSAN T.,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF MARIN, COMMUNITY MENTAL HEALTH SERVICES,,<br><br>       Defendant.<br><br>COUNTY OF MARIN,,<br><br>       Counterclaimant and Defendant,<br><br>   v.<br><br>T.T. a minor, by and through his guardian ad litem SUSAN T.; SUSAN TIMMEL; JESSICA WELCH; COLLEEN A. SNYDER; CHRISTIAN M. KNOX; F. RICHARD RUDERMAN; PAULA SOLOMON and RUDERMAN & KNOX, LLP,<br><br>       Counterclaim Defendants. | Case No.    3:12-cv-02349 WHA<br><br>**NOTICE OF ERRATA RE: DECLARATIONS OF C. SNYDER AND S. STROHBEHN IN SUPPORT OF ORDER RE: ATTORNEY'S FEES AND COSTS**<br><br>Courtroom:         8; 19th Floor<br>Judge:                William Alsup<br>Magistrate Judge: Nador J. Vadas<br>Complaint Filed:  August 13, 2012<br>Trial Date:          None set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND THIS HONORABLE COURT:

T.T. a minor, by and through his guardian ad litem SUSAN T. ("T.T.") hereby submits this Notice of Errata re the Declarations of Colleen A. Snyder and Samuel B. Strohbehn submitted in support of the Order re: Attorney's Fees and Costs on February 7, 2013. (Doc. #79.)

1. Page 9, paragraph 8, subparagraph a of the declaration of Colleen A. Snyder, and page 1, paragraph 3 of the declaration of Samuel B. Strohbehn: Both documents incorrectly stated in error that Ms. Rosing was president of the State Bar in 2008. Ms. Rosing served as President of the San Diego County Bar Association in 2008. Further the reference to service on the Board of Trustees has been removed. Revised copies of the declarations of Colleen A. Snyder and Samuel B. Strohbehn are attached hereto.

RUDERMAN & KNOX

DATED: February 11, 2013

By: /S/ Colleen A. Snyder
F. Richard Ruderman
Colleen A. Snyder
Attorneys for Counterclaim Defendants
COLLEEN A. SNYDER, F. RICHARD RUDERMAN and RUDERMAN & KNOX, LLP

11883447v1

- 1 -
NOTICE OF ERRATA RE: DECLARATIONS OF C. SNYDER AND S. STROHBEHN IN SUPPORT OF ORDER RE: ATTORNEY'S FEES AND COSTS
Case No. 3:12-cv-02349 WHA