IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T., a minor, by and through his guardian ad litem SUSAN T., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MARIN, <br><br> Defendant. / | No. C 12-02349 WHA <br><br> **APPOINTMENT OF SPECIAL MASTER AND ORDER OF REFERENCE** |

The parties having agreed upon a special master, the Court hereby appoints Marc Bernstein as a special master with respect to attorney's fees and costs due plaintiff .

The Court has already determined that plaintiff is a prevailing party on his special motion to strike as to two of defendant's counterclaims (Dkt. Nos. 47, 58).  Plaintiff is entitled to fees and costs under Code Civ. Proc. § 425.16(c)(1).  Plaintiff is only entitled to reasonable fees for work that was efficiently carried out and which bore a substantial relationship to prevailing on the motion.  The extent to which plaintiff prevailed is detailed in the Court's January 25, 2013 order (Dkt. No. 77).

The special master shall have all the powers set forth in FRCP 53(c) and FRCP 54(d)(2)(D).  The parties shall provide the special master with copies of all motion papers and other documents relevant to this dispute.  The special master shall review the briefs and declarations by the parties on the pending motion, hear argument, and then determine a reasonable amount to award, including any fees on fees.  The special master shall also determine the extent to which any discovery should be permitted — with the caution that

further discovery should be the exception and not the rule. The special master shall then prepare and file a report on recommended findings and amount. The special master shall complete his determination by **APRIL 25, 2013**.

Absent any supplementation allowed by the special master, the submissions already made shall be the entire record for the motion. Any further submissions for the special master's use should not be filed with the Court. If objections are later made to the special master's report, the objecting party must file a declaration submitting to the Court a complete appendix of relevant communications with the special master.

The Court will allocate the fees of the special master in a fair and reasonable manner, taking into account the reasonableness of the parties' respective positions and the special master's recommendation in this regard. If the movant must pay, then the special master's compensation shall be *deducted* from the attorney's fee award. If the opposing party must pay the special master, then it shall pay the special master *and* pay the award. The Court will, however, reserve final judgment on allocation of the expense of the special master until a final determination of the fee issue. A final award shall then be entered.

Costs will be determined in strict compliance with the local rules. If a review is sought regarding taxable costs, then the issue may also be referred to a special master (or may not).

**IT IS SO ORDERED.**

Dated: March 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**REFERENCE ACCEPTED BY MASTER.**

Dated:

2