F. Richard Ruderman, Esq.
Colleen A. Snyder, Esq.
Ruderman & Knox LLP
1300 National Drive, Suite 120
Sacramento, California  95834
916-563-0100/FAX 916-563-0114
rick@rudermanknox.com
colleen@rudermanknox.com

Attorneys for Counterclaim Defendant
T.T. a minor, by and through his guardian
ad litem SUSAN T.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T. a minor, by and through his guardian ad litem SUSAN T., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MARIN, COMMUNITY MENTAL HEALTH SERVICES, <br><br> Defendant. | Case No.   3:12-cv-02349 WHA <br><br> **STIPULATION REQUESTING THAT SPECIAL MASTER BE RELIEVED OF DUTIES AND [PROPOSED] ORDER.** |
| COUNTY OF MARIN, <br><br> Counterclaimant and Defendant, <br><br> v. <br><br> T.T. a minor, by and through his guardian ad litem SUSAN T.; SUSAN TIMMEL; JESSICA WELCH; COLLEEN A. SNYDER; CHRISTIAN M. KNOX; F. RICHARD RUDERMAN; PAULA SOLOMON and RUDERMAN & KNOX, LLP, <br><br> Counterclaim Defendants. | |

///

WHEREAS, on Friday, April 19, 2013, T.T. and the County of Marin ("Parties") reached a settlement agreement regarding Counterclaim defendant's attorney's fees and costs, pursuant to the Court's January 25, 2013 Orders.

WHEREAS, the Parties informed the Special Master of the resolution and agreed to each pay one half the cost of the Special Master fees to date.

WHEREFORE, the parties now request that the Special Master be relieved of any further duties as set forth in the Court's January 25, 2013 Orders.

RUDERMAN & KNOX

DATED: April 23, 2013      By:  /s/
                                Colleen A. Snyder
                                Attorney for Counterclaim Defendants
                                RUDERMAN & KNOX, LLP

COUNTY OF MARIN

DATED: April 23, 2013      By:  /s/
                                Stephen R. Raab
                                Attorney for Counterclaimant
                                COUNTY OF MARIN

IT IS SO ORDERED.

Date:  May 1, 2013.

William Alsup
United States District Judge

- 1 -