1  F. Richard Ruderman, Esq.
   Colleen A. Snyder, Esq.
2  Ruderman & Knox LLP
   1300 National Drive, Suite 120
3  Sacramento, California  95834
   916-563-0100/FAX 916-563-0114
4  rick@rudermanknox.com
   colleen@rudermanknox.com
5
   Attorneys for Counterclaim Defendant
6  T.T. a minor, by and through his guardian
   ad litem SUSAN T.
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T. a minor, by and through his guardian ad litem SUSAN T., | Case No.   3:12-cv-02349 WHA |
| Plaintiff, | **STIPULATION REQUESTING THAT SPECIAL MASTER BE RELIEVED OF DUTIES AND [~~PROPOSED~~] ORDER.** |
| v. | |
| COUNTY OF MARIN, COMMUNITY MENTAL HEALTH SERVICES, | |
| Defendant. | |
| COUNTY OF MARIN, | |
| Counterclaimant and Defendant, | |
| v. | |
| T.T. a minor, by and through his guardian ad litem SUSAN T.; SUSAN TIMMEL; JESSICA WELCH; COLLEEN A. SNYDER; CHRISTIAN M. KNOX; F. RICHARD RUDERMAN; PAULA SOLOMON and RUDERMAN & KNOX, LLP, | |
| Counterclaim Defendants. | |

///

WHEREAS, on Friday, April 19, 2013, T.T. and the County of Marin ("Parties") reached a settlement agreement regarding Counterclaim defendant's attorney's fees and costs, pursuant to the Court's January 25, 2013 Orders.

WHEREAS, the Parties informed the Special Master of the resolution and agreed to each pay one half the cost of the Special Master fees to date.

WHEREFORE, the parties now request that the Special Master be relieved of any further duties as set forth in the Court's January 25, 2013 Orders.

RUDERMAN & KNOX

DATED: April 23, 2013          By: /s/
                                    Colleen A. Snyder
                                    Attorney for Counterclaim Defendants
                                    RUDERMAN & KNOX, LLP


COUNTY OF MARIN

DATED: April 23, 2013          By: /s/
                                    Stephen R. Raab
                                    Attorney for Counterclaimant
                                    COUNTY OF MARIN


IT IS SO ORDERED.

Date: May 1, 2013.

William Alsup
United States District Judge

- 1 -

NOTICE OF SETTLEMENT OF ANTI-SLAPP FEES
3:12-cv-02349 WHA