**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T., a minor, by and through his guardian ad litem SUSAN T., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MARIN, <br><br> Defendant. / | No. C 12-02349 WHA <br><br> **ORDER DENYING AS MOOT MOTION TO DISMISS COUNTERCLAIM** |

    The counterclaim defendants in this action filed a motion to dismiss the first amended counterclaim against Susan Timmel, Jessica Welch, Colleen A. Snyder, Christian M. Knox, F. Richard Ruderman, and Ruderman & Knox for failure to serve and insufficiency of process (Dkt. No. 103). In response, defendant filed a notice of voluntary dismissal as to those counterclaim defendants (Dkt. No. 110). The motion to dismiss is accordingly **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: July 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE