F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T., by and through his guardian ad litem, SUSAN T., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF MARIN, COMMUNITY MENTAL HEALTH SERVICES, <br><br> Defendant. | CASE NO: CV 12 2349 WHA <br><br> [~~Proposed~~] ORDER TO DISMISS <br><br> Judge: Hon. William H. Alsup <br><br> Action Filed: August 13, 2012 |

Plaintiff, T.T., a minor, by and through his guardian ad litem, SUSAN T., request an order dismissing the case. The parties have entered into a settlement agreement and payment has been issued pursuant to the agreement.

IT IS HEREBY ORDERED the case be dismissed.

DATED: November 14, 2013

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE